# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| SEKOU MANSARE, | Civil No. 09-3460 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| UNITED STATES CITIZENSHIP AND IMMIGRATIONS SERVICES (USCIS), *et al.*, | |
| Defendants. | |

_____

Michelle Rivero**, RIVERO LAW OFFICE LLC**, 26 East Exchange Street, Suite 316, St. Paul, MN 55101, for plaintiff.

Friedrich Siekert, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

This matter is before the Court on the Stipulation to Dismiss with Prejudice filed by the parties on March 2, 2010 [Docket No. 7].

**IT IS HEREBY ORDERED** that this action shall be **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: March 3, 2010
at Minneapolis, Minnesota.

                                                                  s/ John R. Tunheim
                                                          JOHN R. TUNHEIM
                                                  United States District Judge